**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2444
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

KEVIN R. LUSSIER (SBN 143821)
klussier@veatchfirm.com
KIM D. ASHLEY (SBN 253160)
kashley@veatchfirm.com

Attorneys for Plaintiff, **CHANEL, INC.**

Francis T. Donohue III (State Bar No. 106801)
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998
Telephone: (949) 435-0225
E-Mail: ftd@vctlaw.com

Attorneys for Defendants JACK ALFRED MARTIN
And NANCIE ANN MARTIN, individually and jointly,
d/b/a Pretty Please

# UNITED STATES DISRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JACK ALFRED MARTIN, et al. <br><br><br><br> Defendant. | Case No.: 8:14-cv-00486-AG-KESx <br><br> [~~PROPOSED~~] CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION |

Plaintiff Chanel, Inc. ("Plaintiff" or "Chanel"), and Defendants Jack Alfred

1
**CONSENT FNAL JUDGMENT**
**AND PERMANENT INJUNCTION**

Martin a/k/a Jack Martin, an individual, and Nancie Ann Martin a/k/a Nancie Martin a/k/a Nancie Skrypek, an individual, individually and jointly, d/b/a Pretty Please (collectively, "Defendants"), stipulate and consent to judgment as follows:

**WHEREAS**, Chanel owns the registered trademarks under the marks CHANEL, ⌘, ℂ, J12, ⓒ, and ⌘ as identified in Paragraph 7 of Chanel's Complaint and identified below: Chanel is the owner of the following trademarks (collectively, the "Chanel Marks"):

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| ⌘ | 1,314,511 | January 15, 1985 | IC 18 – Leather Goods-Namely, Handbags |
| ⌘ | 1,501,898 | August 30, 1988 | IC 06 – Keychains<br>IC 14 – Costume Jewelry<br>IC 16 – Gift Wrapping Paper<br>IC 25 – Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br>IC 26 – Brooches and Buttons for Clothing |
| CHANEL | 1,733,051 | November 17, 1992 | IC 18 – Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
| ⌘ | 1,734,822 | November 24, 1992 | IC 18 – Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
2
CONSENT FNAL JUDGMENT
AND PERMANENT INJUNCTION

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CC | 3,025,934 | December 13, 2005 | IC 18 – Handbags |
| CHANEL | 3,133,139 | August 22, 2006 | IC 14 - Jewelry and Watches |
| J12 | 2559772 | April 9, 2002 | IC 14 - Timepieces; namely, watches, and parts thereof |
| CC | 4,241,822 | November 13, 2012 | IC 25 – Clothing; namely, coats, jackets, dresses, tops, blouses, sweaters, cardigans, skirts, vests, pants, jeans, belts, swim wear, pareos, beach cover-ups, hats, sun visors, scarves, shawls, ties, gloves, footwear, hosiery and socks |
| CC | 3,025,936 | December 13, 2005 | IC 09 - Eyeglass frames, sunglasses<br>IC 25 - Gloves, swimwear<br>IC 26 - Hair accessories, namely, barrettes |
| CC | 1,241,264 | June 7, 1983 | IC 25 - Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, coats, raincoats, scarves, shoes and boots |
| CC | 1,271,876 | March 27, 1984 | IC 25 - Clothing-namely, coats, dresses, blouses, raincoats, suits, skirts, cardigans, sweaters, pants, jackets, blazers, and shoes |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| (CC logo) | 4,074,269 | December 20, 2011 | IC 09- Protective covers for portable electronic devices, handheld digital devices, personal computers and cell phones<br>IC 16 – Temporary tattoos<br>IC 18 - Key cases |
| CHANEL | 3,890,159 | December 14, 2010 | IC 09 - Cases for telephones<br>IC 16 - Temporary tattoos<br>IC 18 - Key cases |
| CHANEL | 4,237,249 | November 6, 2012 | IC 09 - Protective covers and cases for portable media players, portable electronic devices, handheld digital devices, personal computers and cell phones |

**WHEREAS**, the parties have amicably resolved their dispute to each of their satisfaction; and

**WHEREAS**, based upon Chanel's good faith prior use of the Chanel Marks, Chanel has superior and exclusive rights in and to the Chanel Marks in the United States and any confusingly similar name or mark.

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. The Defendants and their officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them, are hereby permanently restrained and enjoined from intentionally and/or knowingly:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing the Chanel Marks and/or using the images of products bearing the Chanel Marks;

B.  using the Chanel Marks in connection with the sale of any unauthorized goods;

C.  using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

D.  falsely representing the Defendants as being connected with the Plaintiff, through sponsorship or association,

E.  engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with the Plaintiff;

F.  using any reproduction, counterfeit, infringement, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants, including, without limitation, phone cases, handbags, wallets, jewelry, including earrings and necklaces, sunglasses, scarves, shirts, watches, and shoes;

G.  affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Plaintiff, or in any way endorsed by Plaintiff;

H.  offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

I.  secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing,

producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

J. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (I).

2. The parties' shall each bear their own attorney's fees and costs incurred in connection with this action.

3. This Court will retain continuing jurisdiction over this cause to enforce all terms of this Consent Final Judgment and the Confidential Settlement Agreement between the parties.

4. Judgment on all Counts of the Complaint is hereby awarded against the Defendants and in favor of Chanel.

5. ~~Due to the circumstances giving rise to the filing of this action against the Defendants, the settlement funds due from them under the terms of the parties' Settlement Agreement and this Judgment constitute non-dischargeable debts under Section 523(a)(6) of the United States Bankruptcy Code, Title 11 U.S.C. §101, *et seq*.~~

6. All products bearing the Chanel Marks at issue currently in the possession, custody and/or control of the Defendants, and surrendered to Chanel, shall be destroyed at the direction of Chanel.

IT IS SO ORDERED.

Dated: NOV 27, 2017

Andrew J. Guilford
United States District Judge